PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Transferring Court)*
CR-23-01373-001-TUC-JCH (EJM)

**DOCKET NUMBER** *(Receiving Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesse Carl Norman | District of Arizona | 4: Tucson |

| NAME OF SENTENCING JUDGE |
|---|
| John C. Hinderaker, U.S. District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 2/15/2024 | 2/14/2027 |

**OFFENSE**
Transportation of Illegal Aliens for Profit, 8 U.S.C. §§1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), a Class C Felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Jesse Carl Norman has been supervised in the District of Nevada since his supervision commenced. He has no plans to reside in Arizona. Requesting transfer of jurisdiction to the District of Nevada.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Jesse Carl Norman, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 28, 2024
Date

_____
John C. Hinderaker
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/18/2024
Effective Date

_____
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Jesse Carl Norman

Case No.:  To be Assigned

Supervision Report
Requesting Acceptance of Transfer of Jurisdiction

October 4, 2024

TO:   The Honorable U.S. District Court

On November 28, 2023, Mr. Norman was sentenced in the District of Arizona by the Honorable John C. Hinderacker, U.S. District Judge, to six (6) months custody, followed by 36 months Supervised Release for committing the offense of Transportation of Illegal Aliens for Profit. On February 15, 2024, Mr. Norman commenced supervision in the District of Nevada immediately upon his release from custody.

As Norman is a resident of Las Vegas, NV he immediately returned to our district following his release from custody. Norman intends to remain in our district for the duration of supervised release. In order to address any matters that may require the Court's attention in an efficient manner, we are requesting that our Court accept jurisdiction.  If the Court concurs, attached are the 22s signed by the Honorable M. James Lorenz agreeing to relinquish jurisdiction.

Respectfully submitted,

Digitally signed by Kamuela Kapanui
Date: 2024.10.08 14:00:19 -07'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2024.10.08 11:52:10 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer