RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jesse Carl Norman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSE CARL NORMAN,<br><br>        Defendant. | Case No. 2:24-cr-00238-RFB-MDC<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jesse Carl Norman, that the Revocation Hearing currently scheduled on June 18, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

      This Stipulation is entered into for the following reasons:

      1.    Additional time is needed for the parties to negotiate and finalize the terms of a joint recommendation for a proposed non-hearing resolution.

      2.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of June, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Tina Snellings<br>TINA SNELLINGS<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE CARL NORMAN,<br><br>    Defendant. | Case No. 2:24-cr-00238-RFB-MDC<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 18, 2025 at 8:30 a.m., be vacated and continued to August 5, 2025 at the hour of 10:00 a.m.

    DATED this 16th day of June, 2025.

                                                             UNITED STATES DISTRICT JUDGE